UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ADAN HERNANDEZ | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. |
| | * | |
| MAGNOLIA DREDGE & DOCK, L.L.C. | * | SECT.   MAG. JUDGE |
| | * | |
| | * | MAGISTRATE |

## COMPLAINT FOR DAMAGES

The complaint of Adan Hernandez, an individual of the full age of majority, represents:

1.

Made a party defendant herein, is the Magnolia Dredge & Dock, L.L.C., a domestic limited liability company authorized to do and doing business in the State of Louisiana, with its principal place of business located in Mandeville, LA.

2.

This claim arises under the General Maritime Law of the United States. Jurisdiction over this complaint exists under 28 U.S.C. § 1333(1) because the occurrence took place on navigable waters.

3.

On or about May 26, 2022, plaintiff Adan Hernandez was a guest passenger on a pleasure vessel on a navigable portion of the Pearl River, and was seriously injured when the motor of the vessel he was in came in contact with a submerged, unmarked pipe which was put there by Defendant, Magnolia Dredge & Dock, L.L.C.

4.

Plaintiff, Adan Hernandez, asserts that the cause of the aforementioned accident was, inter alia, the negligence of the Defendant, Magnolia Dredge & Dock, L.L.C.

5.

On the above-mentioned date and time, when the vessel he was a guest passenger in suddenly and without any warning hit the unmarked pipe, caused Plaintiff to be thrown from his seat, causing him to sustain injuries to include severe injuries to his back and causing bruising on his stomach area and other serious and permanently disabling injuries to the body and mind.

6.

The accident and injuries resulting therefrom which will be specified hereinafter, were proximately and legally caused by the fault, including the negligence of the Defendant, Magnolia Dredge & Dock, L.L.C. for failure to mark the area of the pipe and/or for failure to remove the pipe.

7.

Adan Hernandez was caused to sustain severe and painful personal injuries to the bones, muscles, ligaments, tendons, nerves, blood vessels, and other structures of his back and other parts of his body including, but not limited to, his nervous system and psyche.

8.

As a result of the foregoing, Adan Hernandez was caused severe physical pain and keen mental anguish; he has required medical care and treatment for his injuries and the residuals thereof; he has incurred medical and related expenses, he has required medical and related care, and he may require surgery, and his condition may continue, worsen or become permanent.

9.

At all times pertinent hereto, Adan Hernandez, acted in a careful and prudent manner and the accident occurred solely through the negligence of Defendant, Magnolia Dredge & Dock, L.L.C.

10.

Plaintiff claims entitlement to and award of such damages as is reasonable in the premises for the following elements of damage:

A. Past, present, and future pain and suffering;

B. Past, present and future mental anguish;

C. Past, present, and future loss of life's pleasures, including loss of ability to engage in and activities;

D. Past, present and future medical expenses and related expenses;

E. Past, present and future disabilities and/or residual and permanent physical impairment;

F. Future loss of wage earning capacity;

G. Any other element(s) of damage to which Plaintiff may prove entitlement to in law or in equity.

**WHEREFORE**, Adan Hernandez prays that process in due form of law and according to the Federal Rules of Civil Procedure issue against Defendant, Magnolia Dredge & Dock, L.L.C., directing it to appear and answer, all and singular, the matters aforesaid; that after due proceedings have been had, there be judgment in favor of Plaintiff, Adan Hernandez, and against the Defendant, Magnolia Dredge & Dock, L.L.C., for damages in an amount reasonable under the circumstances of this cause, together with legal interest from date of occurrence and for all costs of these proceedings;

Plaintiff further prays for all general and equitable relief which the justice of the cause may require and to which they may otherwise be entitled and that all experts' fees be taxed as costs.

Respectfully submitted:

MORRIS BART, LLC
ATTORNEYS FOR PLAINTIFF
601 POYDRAS STREET, 24TH FLOOR
NEW ORLEANS, LA 70130
TELEPHONE: (504) 525-8000
FACSIMILE: (504) 324-0738
EMAIL: sjohnson@morrisbart.com

BY:    /s/ *Stephen J. Johnson*
_____
STEPHEN J. JOHNSON, Bar #22439